UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                                :
**G&G CLOSED CIRCUIT EVENTS, LLC**,                             :
                                                                :
                        Plaintiff,                    :
                                                                :   **MEMORANDUM AND ORDER**
           – against –                                     :   20-CV-4272 (AMD) (CLP)
                                                                :
**DIANA LURIE** and **GALLIS INC.**,                            :
                                                                :
                        Defendants.                   :
                                                                :
--------------------------------------------------------------- X

**ANN M. DONNELLY**, United States District Judge:

       The plaintiff filed this action on September 11, 2020 against the defendants pursuant to the Communications Act of 1934, 47 U.S.C. §§ 553, 605. (ECF No. 1.) Gallis Inc. was served on November 20, 2020, (ECF No. 4), and Diana Lurie was served on December 8, 2020. (ECF No. 5.) The defendants did not appear or answer the complaint, and the Clerk of Court filed an entry of default on January 11, 2021. (ECF No. 7.)

       On March 9, 2021, the plaintiff filed a motion for default judgment against the defendants. (ECF No. 9.) I referred the motion to Chief Magistrate Judge Cheryl L. Pollak on the same day.[1]

       On December 10, 2021, Judge Pollak issued a thorough Report and Recommendation, in which she recommends that I award the plaintiff $7,500 in statutory and enhanced damages, and permit the plaintiff to submit a motion for attorney's fees 30 days from the date of the order ruling on the Report and Recommendation. (ECF No. 14 at 20-21.) No objections to the Report and Recommendation have been filed, and the time for doing so has passed.

---

[1] Judge Pollak held an inquest hearing on April 16, 2021. (April 19, 2021 Minute Entry.)

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). To accept those portions of the report and recommendation to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." *Jarvis v. N. Am. Globex Fund L.P.*, 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (quoting *Wilds v. United Parcel Serv.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003)) (internal quotation marks omitted).

I have reviewed Judge Pollak's well-reasoned and comprehensive Report and Recommendation and find no error. Accordingly, I adopt the Report and Recommendation in its entirety.

**SO ORDERED.**

                                                                s/Ann M. Donnelly
                                                                ANN M. DONNELLY
                                                                United States District Judge

Dated: Brooklyn, New York
         January 3, 2022